```
LAW OFFICES OF CHRIS COSCA
CHRIS COSCA        SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
SHAWN THOMPSON
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SHAWN THOMPSON,<br><br>　　　　Defendant. | No. 2;012-CR-0198 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING**<br><br>Date:　July 31, 2014<br>Time:　9:00 a.m.<br>Court: Hon. Morrison C. England, Jr. |

### Stipulation

The parties, through their undersigned counsel, stipulate that the restitution hearing currently scheduled for July 31, 2014 be continued to August 14, 2014 at 9:00 a.m. Defense counsel is unavailable on July 31, 2014 and the parties require additional time to prepare and gather facts relevant to the hearing.

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: July 9, 2014　　　　　　　　by　　/s/ Chris Cosca
　　　　　　　　　　　　　　　　　　　　　　Chris Cosca
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　SHAWN THOMPSON

.

1

DATED: July 9, 2014         by      /s/ Chris Cosca for_____
                                    Michael D. Anderson
                                    Assistant U. S. Attorney

## ORDER

Defendant Shawn Thompson ("Defendant") was sentenced on 5/22/2014.  See ECF Nos. 454, 455.  However, at the request of counsel and pursuant to 18 U.S.C. § 3664(d)(5), the Court set a Restitution Hearing for Defendant on 8/8/2014.  ECF No. 454.  On July 2, 2014, due to the unavailability of the Court's calendar and on the Court's own motion, the Court advanced the 8/8/2014 Restitution Hearing to 7/31/2014.  ECF No. 466.  On July 9, 2014, Defendant submitted a joint stipulation in which the parties proposed moving the restitution hearing to 8/14/2014 due to the unavailability of defense counsel and the need for additional time to prepare and gather facts relevant to the hearing.  ECF No. 468; see ECF No. 467.  Good cause appearing, that request is GRANTED.

The Court notes that a final determination regarding restitution must take place within ninety (90) days after sentencing.  See 18 U.S.C. § 3664(d)(5); ECF Nos. 452, 466-467.  "[T]he purpose behind the statutory ninety-day limit on the determination of victims' losses is not to protect defendants from drawn-out sentencing proceedings or to establish finality; rather, it is to protect crime victims from the willful dissipation of defendants' assets."  United States v. Douglas, 525 F.3d 225, 252-53 (2d Cir. 2008); see United States v. Johnson, 400 F.3d 187, 199 (4th Cir. 2005).

The continuance to 8/14/14 is within the 90 day statutory period.  However, should the parties seek to continue the 8/14/14 restitution hearing beyond the 90 day period, the parties must file a written request in which they state the reasons for the additional continuance and address

the following issues: (1) the effect, if any, of a further continuance on the victim(s) in this matter, (2) whether Defendant is prejudiced by the continuance, and (3) the effect, if any, of Defendant's plea agreement on the continuance.  See United States v. Cranston, 186 F. App'x 771, 775 (9th Cir. 2006); United States v. Zakhary, 357 F.3d 186, 188, 191-192 (2d Cir. 2004); United States v. Stout, 597 F. Supp. 2d 963, 972 (S.D. Iowa 2009).  Alternatively, should the parties seek to resolve Defendant's restitution amount by stipulation and proposed order without a hearing, any such stipulation and proposed order must be filed in advance of the scheduled 8/14/2014 hearing so that the Court may make a timely final determination regarding restitution before the expiration of the 90 day period.

     Good cause appearing and pursuant to the joint stipulation, ECF No. 468, the Court GRANTS the parties' request to continue the restitution hearing for Defendant Shawn Thompson from July 31, 2014 to August 14, 2014 at 9:00 a.m.

     IT IS SO ORDERED.

Dated:  July 11, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT