HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SHAWN THOMPSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SHAWN THOMPSON,<br><br>        Defendant. | No.  Cr. S 12-cr-198 MCE<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable MORRISON C. ENGLAND, JR. |

Defendant, SHAWN THOMPSON, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.      On May 22, 2014, this Court sentenced Mr. Thompson to a term of 96 months imprisonment for Counts 1 and 2, both violations of 21 U.S.C. § 843(b);

3.      Mr. Thompson's total offense level was 25 and his criminal history category was VI. The resulting guideline range was 110 to 137 months, but by operation of the statutory maximum of 48 months for each count, his guideline range became 96 months;

4. The sentencing range applicable to Mr. Thompson was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Thompson's total offense level has been reduced from 25 to 23, and his amended guideline range is 92 to 115 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Thompson's term of imprisonment to a total term of 92 months, comprised of 48 months on Count 1 and 44 months on Count 2.

Respectfully submitted,

Dated:  August 12, 2015

BENJAMIN B. WAGNER
United States Attorney


 /s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:  August 12, 2015

HEATHER E. WILLIAMS
Federal Defender


 /s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
SHAWN THOMPSON

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Thompson is entitled to the benefit Amendment 782, which reduces the total offense level from 25 to 23, resulting in an amended guideline range of 92 to 115 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in May 2014 is reduced to a term of 92 months, comprised of 48 months on Count 1 and 44 months on Count 2.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Thompson shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated: August 18, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT